FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CORDELL ANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>TAMPKINS, Warden,<br><br>    Respondent. | Case No. EDCV 12-1056-GHK (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: 10/12/12

_____
George H. King
Chief United States District Judge