FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CORDELL ANDERSON,

    Petitioner,

v.

TAMPKINS, Warden,

    Respondent.

Case No. EDCV 12-1056-GHK (MLG)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: 10/12/12

George H. King
Chief United States District Judge