JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CORDELL ANDERSON, | Case No. EDCV 12-1056-GHK (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| TAMPKINS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated:  10/12/12

George H. King
Chief United States District Judge

