JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CORDELL ANDERSON,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>TAMPKINS, Warden,<br><br>　　　　Respondent. | Case No. EDCV 12-1056-GHK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated:  10/12/12

George H. King
Chief United States District Judge

